Case 4:25-cv-03760   Document 1   Filed on 08/12/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
F I L E D

AUG 11 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Michael Singletary, Brianna Dillard, § <br> Joseph Emerson, Jonathan § <br> Carlson, Bryan McNeal, Amanda McNeal, § <br> Plaintiffs, pro se § <br> § <br> v.  § <br> § <br> Brookstone Law Coalition, Scott Bernard § <br> Gianna Miceli, and Inalienable University § <br> Defendants § | Civil Action No:_____ |

**COMPLAINT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs, appearing pro se, file this Mass Joinder Complaint and respectfully allege as follows:

## I. INTRODUCTION

This action arises from a fraudulent scheme perpetrated by Defendants, who promised to eliminate Plaintiffs' mortgage debts through false legal theories and fabricated documents. Defendants induced Plaintiffs to pay significant sums, ranging from $8,000 to $22,000, and advised them to cease mortgage payments, causing severe financial harm, including foreclosure.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1332(a)(1) as there is complete diversity and the amount in controversy exceeds $75,000. Additionally, federal question jurisdiction exists under 28 U.S.C. § 1331 due to references to mail and wire fraud implicating 18 U.S.C. §§ 1341 and 1343. Venue is proper under 28 U.S.C. § 1391(b)(2) as substantial events occurred in Texas.

III. PARTIES

1. Plaintiffs:
- Michael Singletary: 101 S Park Dr, Montgomery, TX 77356
- Brianna Dillard: 1038 Middlebrooke Dr, Canton, GA 30115
- Joe Emerson: 18791 W Cool Breeze Lane, Montgomery, TX 77356
- Jonathan Carlson: 810 North Main St #156, Spearfish, SD 57783
- Bryan & Amanda McNeal: 157 Piloncillo Lane PVT, PO Box 890, Carrizo Springs, TX 78834

2. Defendants:

- Brookstone Law Coalition: 1113 Range Ave, #110-109, Denham Springs, LA 70726
- Scott Bernard: 9931 Powell Ln, Denham Springs, LA 70726
- Gianna Miceli: Last known address: 401 East Las Olas Blvd Apt #130, Fort Lauderdale, FL 33301
- Inalienable University: Same as Gianna Miceli (shared operation).

## IV. FACTUAL BACKGROUND

Defendants marketed fraudulent mortgage elimination services via websites, social media, phone consultations, and written materials. Plaintiffs paid thousands of dollars for these services and received worthless documents. Some Plaintiffs lost homes to foreclosure. Defendants also used contracts disguised as 'Private Service Covenants' (Exhibit D) and induced Plaintiffs to stop making mortgage payments.

Upon information and belief, Defendant Scott Bernard was convicted of bank fraud in 2016, sentenced to four years in federal prison, and served three years supervised release, establishing his propensity for fraud.

## V. CLAIMS FOR RELIEF

Count 1: Fraud
Count 2: Breach of Contract
Count 3: Unjust Enrichment
Count 4: Civil Conspiracy
Count 5: Texas Deceptive Trade Practices Act Violations

## VI. DAMAGES

Plaintiffs seek the following damages:
- Michael Singletary: $36,000
- Brianna Dillard: $970,000
- Joe Emerson: $20,000
- Jonathan Carlson: $500,000
- Bryan & Amanda McNeal: $15,000

## VII. PRAYER

WHEREFORE, Plaintiffs respectfully request:
A. Compensatory and exemplary damages;
B. Injunctive relief prohibiting Defendants from advertising or promoting fraudulent mortgage elimination services;
C. An order requiring Defendants to cease all online platforms used to promote their

scheme;

D. Referral to appropriate authorities for criminal investigation and prosecution;

E. Costs and all further relief deemed proper.

**EXHIBIT LIST**

Exhibit A: Payment records evidencing transactions from Plaintiffs to Defendants.
Exhibit B: Screenshots from Inalienable University's website and promotional materials showing false representations.
Exhibit C: Email correspondence and fraudulent documents provided by Defendants.
Exhibit D: Foreclosure documentation for Briana Dillard

Respectfully submitted,
/s/ Michael Singletary
Michael Singletary
101 S Park Dr
Montgomery, TX 77356
346-262-4172
michael.singletary75@yahoo.com
Pro Se Plaintiff and Representative for All Joinder Plaintiffs