**AFFIDAVIT OF PLAINTIFF – Briana Alisha Dillard**
STATE OF GEORGIA
COUNTY OF CHEROKEE

BEFORE ME, the undersigned authority, personally appeared Briana Alisha Dillard ("Affiant"), who, being duly sworn, deposes and states as follows:

1. My name is Briana Alisha Dillard. I am over the age of 18 and competent to testify to the matters stated herein.
2. My current address is: 211 Harmony Lake Drive.

3. I was solicited by Brookstone Law Coalition, Scott Bernard, Gianna Miceli, and/or Inalienable University ("Defendants") with promises that they could eliminate my mortgage through certain legal or administrative processes.

4. I paid Defendants the total sum of $20,000 for services, documentation, and filings that were represented as legally sufficient to extinguish my mortgage debt.

5. Defendants advised or encouraged me to cease making mortgage payments during the process, and I did so for approximately 10 months before foreclosure.

6. Defendants provided documents and assurances that my mortgage debt had been fully eliminated, which I later discovered to be false. No legitimate debt relief was ever achieved on my behalf.

7. As a result of Defendants' fraudulent scheme, I suffered financial damages in the amount of $950,000, along with emotional distress, wasted time, and legal uncertainty.

Additionally, Briana Dillard additionally affirms that she lost two homes to foreclosure as a result of Defendants' fraudulent process.

8. I affirm my intent to join the mass joinder lawsuit being filed by Michael Singletary in the United States District Court for the Southern District of Texas, seeking damages and injunctive relief.

Further affiant sayeth not.

*Briana Alisha Dillard*
Signature of Affiant

Printed Name: Briana Alisha Dillard

Page 1 of 2

Sworn to and subscribed before me this 17 day of July, 2025.

Notary Public

My Commission Expires: 07/31/2028



# JOINT AFFIDAVIT OF BRYAN AND AMANDA McNEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

MICHAEL SINGLETARY, et al.,
Plaintiffs,
v.
BROOKSTONE LAW COALITION, SCOTT BERNARD, GIANNA MICELI, and INALIENABLE UNIVERSITY,
Defendants.

Civil Action No.: [To be assigned]

## JOINT AFFIDAVIT OF BRYAN AND AMANDA McNEAL

We, Bryan McNeal and Amanda McNeal, hereby declare and state as follows under oath:

**1** Identification of Affiants:
We are Plaintiffs in the above-captioned action and residents of the State of Texas. Our address is:
157 Piloncillo Lane PVT, PO Box 890, Carrizo Springs, Texas 78834

**2** Personal Knowledge:
We make this Affidavit based upon our personal knowledge of the facts stated herein.

**3** Engagement with Defendants:
In or around January 13, 2025, we were contacted by representatives of Brookstone Law Coalition, Scott Bernard, Gianna Miceli, and/or Inalienable University, who represented that they could eliminate our mortgage debt through a proprietary legal process.

**4** Payment of Funds:
Relying on these representations, we paid approximately $15,000 to the Defendants for their purported services.

**5** Instructions to Cease Mortgage Payments:
We were explicitly instructed by Defendants to stop making our regular mortgage payments while they undertook actions to "eliminate" our mortgage debt.

**6** Receipt of Worthless Documents:
Defendants provided us with documents that they claimed were legally effective in canceling our mortgage debt. We later learned these documents were false, invalid, and of no legal effect.

**7.** Resulting Harm:
As a direct result of our reliance on Defendants' fraudulent representations and instructions, we suffered financial harm, including missed mortgage payments, late fees, damage to our credit rating, and the threat of foreclosure.

**8.** Evidence of Scheme:
We have retained and can produce records documenting these events, including payment records, correspondence with Defendants, promotional materials, and fraudulent documents received from them.

**9.** Pattern of Fraudulent Conduct:
Upon information and belief, Defendant Scott Bernard has a prior conviction for bank fraud, further evidencing the fraudulent nature of this mortgage elimination scheme.

**10.** Purpose of Affidavit:
We submit this Affidavit in support of our claims for fraud, breach of contract, unjust enrichment, civil conspiracy, and violations of the Texas Deceptive Trade Practices Act (DTPA) as asserted in the Complaint.

FURTHER AFFIANTS SAYETH NAUGHT.


Executed on this __15th__ day of ___July___, 2025.


/s/ Bryan McNeal        *Bryan Alan McNeal*
Bryan McNeal


/s/ Amanda McNeal       *Amanda Shea McNeal*
Amanda McNeal


STATE OF TEXAS
COUNTY OF Dimmit

This instrument was acknowledged before me on this __15th__ day of ___July___, 2025, by Bryan McNeal and Amanda McNeal.

_____
Notary Public, State of Texas

My commission expires: __11/20/2028__

NOTARY PUBLIC
STATE OF TEXAS

Monika Manganhar

ID NUMBER
13517830-4
COMMISSION EXPIRES
November 20, 2028

Electronically signed and notarized online using the Proof platform.

**AFFIDAVIT OF PLAINTIFF – JOE EMERSON**

STATE OF _Texas_

COUNTY OF _Montgomery_

BEFORE ME, the undersigned authority, personally appeared JOE EMERSON ("Affiant"), who, being duly sworn, deposes and states as follows:

1. My name is JOE EMERSON. I am over the age of 18 and competent to testify to the matters stated herein.

2. My current address is:
_18791 W Cool Breeze LN. Montgomery. TX 77356_

3. I was solicited by Brookstone Law Coalition, Scott Bernard, Gianna Miceli, and/or Inalienable University ("Defendants") with promises that they could eliminate my mortgage through certain legal or administrative processes.

4. I paid Defendants the total sum of $ _17,000_ for services, documentation, and filings that were represented as legally sufficient to extinguish my mortgage debt.

5. Defendants advised or encouraged me to cease making mortgage payments during the process, and I did so for approximately _8_ months before resuming payments or addressing default.

6. Defendants provided documents and assurances that my mortgage debt had been fully eliminated, which I later discovered to be false. No legitimate debt relief was ever achieved on my behalf.

7. As a result of Defendants' fraudulent scheme, I suffered financial damages in the amount of $ _17 000_, along with emotional distress, wasted time, and legal uncertainty.

8. I affirm my intent to join the mass joinder lawsuit being filed by Michael Singletary in the United States District Court for the Southern District of Texas, seeking damages and injunctive relief.

Further affiant sayeth not.

Signature of Affiant

Printed Name: JOE EMERSON

Sworn to and subscribed before me this __30th__ day of
_____, 2025.

_____
Notary Public

My Commission Expires: __1-09-2029__

DENNIS E. HALL, JR.
Notary Public, State of Texas
Comm. Expires 01-09-2029
Notary ID 135225441

AFFIDAVIT OF PLAINTIFF – JONATHAN CARLSON
STATE OF SOUTH DAKOTA
COUNTY OF LAWRENCE

BEFORE ME, the undersigned authority, personally appeared JONATHAN CARLSON
("Affiant"), who, being duly sworn, deposes and states as follows:

1. My name is JONATHAN CARLSON. I am over the age of 18 and competent to testify to the
matters stated herein.
2. My current address is: 810 North Main Street #156 Spearfish, South Dakota 57783

3. I was solicited by Brookstone Law Coalition, Scott Bernard, Gianna Miceli, and/or
Inalienable University ("Defendants") with promises that they could eliminate my mortgage
through certain legal or administrative processes.

4. I paid Defendants the total sum of $ 10,000 for services, documentation, and filings that
were represented as legally sufficient to extinguish my mortgage debt.

5. Defendants advised or encouraged me to cease making mortgage payments during the
process, and I did so for approximately 10 months before resuming payments or addressing
default.

6. Defendants provided documents and assurances that my mortgage debt had been fully
eliminated, which I later discovered to be false. No legitimate debt relief was ever achieved
on my behalf.

7. As a result of Defendants' fraudulent scheme, I suffered financial damages in the amount
of $500,000, along with emotional distress, wasted time, and legal uncertainty.

8. I affirm my intent to join the mass joinder lawsuit being filed by Michael Singletary in the
United States District Court for the Southern District of Texas, seeking damages and
injunctive relief.

Further affiant sayeth not.

_Jonathan Carlson_
Signature of Affiant

Printed Name: JONATHAN CARLSON

Sworn to and subscribed before me this 17th day of June, 2025.

_Elizabeth Pappas_
Notary Public

My Commission Expires: _____

My Commission Expires
March 22, 2029

SEAL ELIZABETH PAPPAS
NOTARY PUBLIC
State of South Dakota SEAL

 Outlook

**Your appointment receipt**

**From** Brookstone Law Coalition Scott Bernard <scheduling@acuityscheduling.com>

**Date** Thu 4/17/2025 11:52 AM

**To** briana_274@outlook.com <briana_274@outlook.com>



# Payment confirmation

Thursday, April 17, 2025 at 11:52am EDT

## Order summary

Consultation Request                                           **$175.00**

April 23, 2025 • 3:00pm • 30 minutes

Subtotal                                                           $175.00

Total                                                              $175.00

# Amount paid                                       **$175.00**

**Payment method**

Card

Exhibit A - Page 1

Powered by
acuity:scheduling

Exhibit A

 Outlook

---

**Your appointment receipt**

---

**From** Brookstone Law Coalition Scott Bernard <scheduling@acuityscheduling.com>
**Date** Thu 11/14/2024 4:16 PM
**To** briana_274@outlook.com <briana_274@outlook.com>



---

# Payment confirmation

Thursday, November 14, 2024 at 4:16pm EST

---

## Order summary

| | |
|---|---:|
| Consultation Request | **$125.00** |
| November 19, 2024 • 1:00pm • 30 minutes | |

---

| | |
|---|---:|
| Subtotal | $125.00 |
| Total | $125.00 |

---

## Amount paid                                                    **$125.00**

---

**Payment method**
Card

Powered by
acuity:scheduling

 Outlook

---

**Your appointment receipt**

---

**From** Brookstone Law Coalition Scott Bernard <scheduling@acuityscheduling.com>
**Date** Tue 3/19/2024 10:19 AM
**To** briana_274@outlook.com <briana_274@outlook.com>



---

## Payment confirmation

Tuesday, March 19, 2024 at 10:19am EDT

---

### Order summary

Consultation Request                                          **$125.00**
March 21, 2024 • 12:30pm • 30 minutes

---

Subtotal                                                         $125.00
Total                                                            $125.00

---

## Amount paid                                                  **$125.00**

---

**Payment method**
Card

Exhibit A - Page 5

Powered by
acuity:scheduling

 Outlook

**New Appointment: Document Review $150 Donation (Briana Dillard) on Monday, February 10, 2025 4:15pm EST with Tamara Wenger**

**From** Book Time with Tamara <scheduling@acuityscheduling.com>
**Date** Sat 2/8/2025 9:30 AM
**To** briana_274@outlook.com <briana_274@outlook.com>

📎 1 attachment (960 bytes)
Appointment1.ics;

# Appointment Scheduled

## for Briana Dillard

**What**  Document Review $150 Donation (Tamara Wenger)

**When**  Monday, February 10, 2025 4:15pm EST (45 minutes)

Thank you, your appointment has been successfully scheduled.

Change/Cancel Appointment

Add to iCal/Outlook Calendar

Add to Google Calendar

Exhibit A - Page 7

Exhibit A

Powered by

**acuity:scheduling**

 Outlook

**New Appointment: Document Review $125 Donation (Briana Dillard) on Monday, January 27, 2025 2:00pm EST with Tamara Wenger**

**From** Book Time with Tamara <scheduling@acuityscheduling.com>

**Date** Thu 1/23/2025 1:59 PM

**To** briana_274@outlook.com <briana_274@outlook.com>

1 attachment (961 bytes)

Appointment1.ics;

# Appointment Scheduled

## for Briana Dillard

**What**    Document Review $125 Donation (Tamara Wenger)

**When**    Monday, January 27, 2025 2:00pm EST (45 minutes)

Thank you, your appointment has been successfully scheduled.

Change/Cancel Appointment

Add to iCal/Outlook Calendar

Add to Google Calendar

Exhibit A - Page 9

Exhibit A

Powered by

**acuity:scheduling**

*FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

## Checking 5593



Available balance as of 07/11/2025

---

**Recent**        Upcoming

Results for: `Gianna Miceli`  ×    01/11/24 - 07/11/25   Clear

| Date | Description | Amount |
|------|-------------|--------|
| Mar 18, 2025 | | Posted Balance: $5,636.57 |
| 03/18/2025 | GIANNA MICELI 03-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Feb 18, 2025 | | Posted Balance: $5,626.49 |
| 02/18/2025 | GIANNA MICELI 02-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Feb 06, 2025 | | Posted Balance: $6,558.05 |
| 02/06/2025 | GIANNA MICELI 02-05 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$150.00 |
| Jan 23, 2025 | | Posted Balance: $178.69 |
| 01/23/2025 | GIANNA MICELI 01-22 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$299.00 |
| Jan 22, 2025 | | Posted Balance: $412.69 |
| 01/22/2025 | GIANNA MICELI 01-21 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$51.00 |
| 01/22/2025 | GIANNA MICELI 01-21 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$51.00 |
| Jan 21, 2025 | | Posted Balance: $514.69 |
| 01/21/2025 | GIANNA MICELI 01-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Dec 23, 2024 | | Posted Balance: $471.13 |
| 12/23/2024 | GIANNA MICELI 12-20 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$199.00 |
| Dec 18, 2024 | | Posted Balance: $834.42 |
| 12/18/2024 | GIANNA MICELI 12-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Nov 18, 2024 | | Posted Balance: $1,419.10 |

**Exhibit A**

| | | |
|---|---|---|
| 11/18/2024 | GIANNA MICELI 11-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Nov 05, 2024 | | Posted Balance: $853.87 |
| 11/05/2024 | GIANNA MICELI 11-04 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$99.00 |
| Oct 18, 2024 | | Posted Balance: $406.30 |
| 10/18/2024 | GIANNA MICELI 10-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Sep 18, 2024 | | Posted Balance: $889.99 |
| 09/18/2024 | GIANNA MICELI 09-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Aug 19, 2024 | | Posted Balance: $839.29 |
| 08/19/2024 | GIANNA MICELI 08-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |
| Jul 18, 2024 | | Posted Balance: $519.23 |
| 07/18/2024 | GIANNA MICELI 07-17 WWW.GIANNAMIC NV 0009 DEBIT CARD RECURRING PYMT | -$50.00 |

Daily Posted Balance: The posted balance after nightly processing is completed. Please note that transactions are paid from your Available Balance according to our posting order, and that the Available Balance may be different than your Daily Posted Balance. Important: The Daily Posted Balance does not reflect all pending transactions and fees and should not be used to determine how overdraft fees were assessed.

**Exhibit A - Page 12**

**Exhibit A**

# Performance Select Statement


**PNC BANK**

PNC Bank

| | |
|---|---|
| | Primary account number:  53-4159-9368 |
| | Page 1 of 1 |
| **For the period**   04/06/2024  to  05/07/2024 | Number of enclosures:   0 |

BRIANA ALISHA DILLARD POD
BAILY M ECCLES
BRIAN J DILLARD
1038 MIDDLEBROOKE DR
CANTON GA 30115-4510

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service
(TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

---

## Performance Select
## Premium Money Market Account Summary
Account number:   53-4159-9368

BRIANA ALISHA DILLARD POD
Baily M Eccles
Brian J Dillard

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 57,123.28 | .38 | 16,686.89 | 40,436.77 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 43,722.90 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 32 | 43,722.90 | .38 |

As of 05/07, a total of $1.69 in
interest was paid this year.

---

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 05/07 | .38 | Interest Payment |

There was 1 Deposit or Other
Addition totaling $.38.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 04/11 | 13,800.00 | Self-Service Wire Out - Dom 244Bk07593Do40Gr |
| 04/16 | 855.75 | Online Transfer To      0000005572114479 |
| 04/19 | 1,629.19 | Web Pmt- Mtg Pymt Lakeview Ln Srv 0062205729 |
| 04/22 | 401.95 | Web Pmt- Riverstone Riverstone Commo Ft329340101 |

There were 4 Online or Electronic
Banking Deductions totaling
$16,686.89.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 04/06 | 57,123.28 | 04/16 | 42,467.53 | 04/22 | 40,436.39 | 05/07 | 40,436.77 |
| 04/11 | 43,323.28 | 04/19 | 40,838.34 | | | | |

---

Member FDIC

Equal Housing Lender

**Exhibit A**

# Exhibit A

# Michael Singletary



Exhibit  A

Michael Singletary

# Exhibit B







12:09     .ıl 5G

giannamiceli.com

## Who Is This Unicorn Common Law Genius?

Our Curriculum Professor Is Scott.

### What Is Scott's Expertise?

- He Is A Law School Grad
- He Opted To NOT Join The BAR...British Accreditation Registry Since It Is An Evil Entity Repugnant To The Constitution.
- He Is An Expert On The Uniform Commercial Code, Commercial Banking, And Domestic Banking Law.
- He Is A Bible Scholar And Pastor.
- He Is An Expert On The Mechanisms The BAR Attorneys Use To Violate Your Rights.
- He Is An Expert On How To Use The Common Law.
- Our Entire Program Was Created By His Brain And Experience.





12:09     .ıl 5G

giannamiceli.com

BAR Attorneys Use To Violate Your Rights.
- He Is An Expert On How To Use The Common Law.
- Our Entire Program Was Created By His Brain And Experience.



← → ⊕ 29 ...

*Please understand that we say this with the most love possible....*

Once you hire Scott to do a forensic loan audit, you can't turn back.

A course of performance of paperwork begins.

**Should you change your mind, there is no refund.**

What is IMPERATIVE TO KNOW is that you have to let the flow happen.

*He is never going to call you with updates, or explain what happens next because any responses in regards to your paperwork will be coming to your mailing address.*

*Do not text him to ask, "How is my case going?" Or anything similar.*

He simply doesn't have the time and your texts and emails disrupt his flow of handling cases.

The process time frame is generally 45-60 days but there is no exact measure as every bank is different and the specifics of your cases vary.

So please go through this course several times so you fully understand what it is and what it does.

You can be sure that when the note has been separated from the contract, as per the Supreme Court ruling Carpenter v Longan, your loan is a fraud.

The bank has no standing to foreclose your home.

And you're at risk to give them a free house...YOURS.



**Gianna Miceli**
Host

# If They Send You Letters!

If you are not in a covenant with Scott, do not request any documents.

Use the REJECT FOR CAUSE letter and reject them ALL.

Put them on your spreadsheet and make copies for your records in case you ever need to point out the harassment.

But....write in red letters or get a stamp REJECT FOR CAUSE!

Then attach them to our REJECT FOR CAUSE letter.

This letter is LOAN SPECIFIC.

Realize...they will lie.



**Gianna Miceli**
Host

## When They Call After You Begin The Process

Create a log, a spreadsheet, however you can keep meticulous track of the call:

Time

Date

Phone number

Essence of the call

Each time is $1000 violation.

We have a member who is up to 53 times, so that's $53,000 included in the suit.

We do not file Common Law suits for you and we do not as of yet teach it. It's very complicated and difficult.

I'm just sharing with you how they are violating your rights.

Upon default on the Intangible Obligation a Notice of Assignment is filed with the County Recorder's Office. This Notice of Assignment allegedly transfers lien rights from the Original Mortgage Loan Originator (Tangible Obligee) to a third Intangible Assignee (Subsequent Intangible Obligor) who is usually the Trustee of the Mortgage Servicer.

These filings are a fraud upon public records. The perfection of lien rights (Perfected Chain of Title) does not match the Chain of Negotiation of the Tangible Note shown by endorsements or lack thereof and shows the Tangible Note is no longer secured by the Security Instrument as the Security Instrument becomes a nullity as an operation of law.

The Trust is conveyed a transferrable record, leaving the Tangible Note, less the rights securing it which include the power of sale as would exist if the Security Instrument securing the UCC Article 3 Tangible Note was assigned in accordance to State statute.

What our Common Law process does to **PREEMPTIVELY CHALLENGE** your mortgage debt, by getting a forensic accounting of what happened to your loan.

## Here's what happens.

1. The bank is being called out on the fraud and profit because they sold the debt associated with your alleged loan.

*Your negotiable instrument was the medium of exchange and your signature upon it was the only value given to the alleged loan.*

They were the facilitator of the security created by your signature on the note. But, upon selling the note/debt they fractionalized that amount and obtained the ability to loan at a rate of 10 times over.

They made millions off your signature. They're essentially double dipping by you paying them back with interest.

2. The paperwork Scott creates for you is created in **Your Name** and sent as if you sent it.

The intial service includes the forensic investigation of your alleged loan, followed by a full administrative remedy process that will survive court scrutiny in addition to an offer and compromise within this process.

3. Due to the Supreme Court decisions of the Chevron Deference and the Jarkesy rulings of 2024, the bank is given 21 days to respond. By days 45-60, you will be filing your Release Of Lien (ROL) and then your Property Conveyance with the recorded.

4. This process is the equivalent of you writing a check to pay off the balance.

**In the event judicial action is needed, we can assist you on a case by case basis. But under no circumstances will you ever be left to battle this giant alone.**



**Gianna Miceli**
Host

# What You Do After The Process Begins.

In the statutory world, you will enter the process of being delinquent of your mortgage.

We have all this information here to show you EMPHATICALLY how they can't ever win using the Common Law.

Fraud is under the Common Law.

2024 Supreme Court rulings back up everything we do.

The Supreme Court in Jarkesy reaffirmed that actions involving private rights, such as common-law fraud, must be heard by an Article III court: "Congress cannot 'conjure away the Seventh Amendment by mandating that traditional legal claims be... taken to an administrative tribunal." SEC v. Jarkesy, 603 U.S. (2024)

All you need is this above, and your irrefutable evidence that your loan was separated from the mortgage and sold.

Boom.



**R A S**

**ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC**

L A W   O F F I C E S

13010 Morris Road, Suite 450
Alpharetta, GA 30004
Office: 470-321-7112
; www.raslg.com/georgia.com



'REJECT FOR CAUSE'

December 18, 2024

VIA REGULAR AND CERTIFIED MAIL

RE:

**No They Don't As Per The Forensic Audit.**

This firm represents LAKEVIEW LOAN SERVICING, LLC, the holder of the Security Deed conveying real property known as [redacted], GA 30114. Our firm has been retained to initiate non-judicial foreclosure proceedings against the aforementioned property.

Per O.C.G.A. § 44-14-162.2, a copy of the notice of sale to be submitted to the publisher is enclosed. The sale will be held on 2/4/2025 at the Cherokee County Courthouse between the hours of 10:00 a.m. and 4:00 p.m.

The debt secured by said Security Deed has been and is hereby declared due and payable because of, among other possible events of default, failure to pay the indebtedness as provided for in the Note and said Security Deed.

Per O.C.G.A. § 13-1-11, you are hereby notified that the provisions contained within the Note or other evidence of indebtedness related to the payment of attorney's fees shall be enforced. You have ten (10) days from the receipt of this notice to pay the principal and interest without the attorney's fees. If the principal and interest is paid in full before the expiration of the ten (10) days, then the obligation to pay the attorney's fees shall be void.

The name, address, and telephone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the mortgage is as follows:



# What If I Get A Foreclosure Sale Notice?

1. Don't panic.

2. Check your direct Sheriff's website by putting in YOUR address to see if it's actually for sale. Not commercial Sheriff's domains set up to trick you into thinking that is THE sheriff's website.

3. We are seeing them send notices AS IF but AS USUAL, they are simply scare tactics from third party entities.

4. Get educated so you are not in fear.

You are dealing with a criminal enterprise.

**For it to be actually for sale, they have to follow the proper procedure.**

They cannot tell you "oh in 3 weeks your home is on the sales block".

They haven't gained right or title or served you anything so this house is not for sale.

When you've filed the final release, and you still get anything from the bank, reject for cause.

If you paid off the note with your Federal Reserve Notes, and got the final release, these letters wouldn't scare you. You would write or call back and say, "Hey WT HECK!"

So keep REJECTING FOR CAUSE LETTER



4:31

CAUSE NUMBER: 24-2744-CV-C

IN RE: ORDER FOR FORECLOSURE CONCERNING                         §
§                    IN THE DISTRICT COURT
§         Administrative Court Requires A Contract
§

UNDER TEX. R. CIV. PROC. 736      §            OF GUADALUPE COUNTY,
§                                          TEXAS
Petitioner:                        §
§
CREDIT UNION OF TEXAS,             §
§
Respondent(s):                     §
§
§            25th JUDICIAL DISTRICT

Texas
Constitution is
a document
created by the
private
corporation
"State Of
Texas" which
applies to legal
entities not
supporting
private rights.

It's as if
Walmart made
a
"constitution"

### ORDER ALLOWING FORECLOSURE

Credit Union of Texas, Petitioner, on behalf of itself, its successors and assigns, has brought before this Court for consideration its Application for Court Order Allowing Foreclosure of a Lien Under Texas Constitution Article XVI, Section 50(a)(6)(D) ("Application"). Having considered the evidence presented, the Court finds that:

1) the Application complies with Texas Rules of Civil Procedure ("TRCP") 736.1;

2) the Application was properly served in accordance with TRCP 736.3;

3) the return of service has been on file with the Clerk of the Court for at least 10 days; and

4) Petitioner has established the basis for foreclosure and finds that:

    (a) Petitioner is the holder of a Texas Home Equity Note secured by a lien created under Texas Constitution Article XVI, Section 50(a)(6). A debt exists:

The judge literally stated in hearing that he DID NOT EVER read the respondent's evidence. It's on the record.

ORDER ALLOWING FORECLOSURE

