Michael Singletary
101 S Park Dr
Montgomery, TX 77356

CERTIFIED MAIL

7021 0350 0000 9340 8923

U.S. District Clerks Office
Southern District of Texas
515 Rusk St. Room 5700
Houston, TX 77002



U.S. POSTAGE P.
FCM LG ENV
WICHITA, KS 672
AUG 04, 2025
$13.26
S2324A501989-9(

Retail
RDC 99
77002



United States Courts
Southern District of Texas
FILED
AUG 11 2025

