|  |  |
|---|---|
| **Michael Singletary, Brianna Dillard, Joseph Emerson, Jonathan Carlson, Bryan McNeal, Amanda McNeal, Plaintiffs,** § § § § § | United States Courts<br>Southern District of Texas<br>F I L E D<br>SEP 2 4 2025<br>Nathan Ochsner, Clerk of Court |
| v. § | Civil Action No: 4:25-cv-03760 |
| § **Brookstone Law Coalition, Scott Bernard Gianna Miceli, and Inalienable University Defendants** § § § § | |

# REQUEST FOR CLERK'S ENTRY OF DEFAULT

(Fed. R. Civ. P. 55(a))

Plaintiff Michael Singletary, appearing pro se, respectfully requests that the Clerk of Court enter default pursuant to Federal Rule of Civil Procedure 55(a) against the following Defendants:

- Brookstone Law Coalition
- Gianna Miceli
- Inalienable University

In support of this request, Plaintiff shows as follows:

1. Each of the above-named Defendants was duly served with summons and a copy of the Complaint in this matter, as reflected in the Certificates of Service previously filed.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), each Defendant was required to file an answer or otherwise respond within twenty-one (21) days after service.

3. The deadline for these Defendants to answer or otherwise respond has expired, and no answer, motion, or other response has been filed with the Court by Brookstone Law Coalition, Gianna Miceli, or Inalienable University.

4. Accordingly, Plaintiffs are entitled to an entry of default against these Defendants under Rule 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Brookstone Law Coalition, Gianna Miceli, and Inalienable University.

Respectfully submitted,

/s/ Michael Singletary
Michael Singletary
101 S. Park Dr
Montgomery, TX 77356
346-262-4172
michael.singletary75@yahoo.com
Pro Se Plaintiff