| | |
|---|---|
| **Michael Singletary** § | |
| **Plaintiff, pro se** § | |
| § | |
| v. § | **Civil Action No:** 4:25-cv-03760 |
| § | |
| **Brookstone Law Coalition, Scott Bernard** § | |
| **Gianna Miceli, and Inalienable University** § | |
| **Defendants** § | |

**COMBINED CERTIFICATE OF SERVICE**

I, Michael Singletary, hereby certify that I served true and correct copies of the Amended Complaint, together with the Summons and attached Exhibits, upon the following Defendants by depositing same in the United States Mail, Certified Mail, Return Receipt Requested, addressed as follows:

1. Brookstone Law Coalition
1113 Range Avenue, #110-109
Denham Springs, Louisiana 70726
Certified Mail Tracking No.: 7021 0350 0000 9316 1507
Delivered to the front desk/reception/mail room on September 29, 2025, at 1:40 p.m. in Denham Springs, LA 70726.

2. Gianna Miceli
401 East Las Olas Blvd., Apt. 130
Fort Lauderdale, Florida 33301
Certified Mail Tracking No.: 7021 0350 0000 9316 1491
Delivered to an individual at the address on October 4, 2025, at 1:57 p.m. in Fort Lauderdale, FL 33301.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2025.

Respectfully submitted,

/s/ Michael Singletary
Michael Singletary
101 S Park Dr
Montgomery, TX 77356
Phone: 346-262-4172
Email: michael.singletary75@yahoo.com
Pro Se Plaintiff

**Tracking Number:**
# 70210350000093161491

 Copy   Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 1:57 pm on October 4, 2025 in FORT LAUDERDALE, FL 33301.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### ✓ Delivered
**Delivered, Left with Individual**
FORT LAUDERDALE, FL 33301
October 4, 2025, 1:57 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**
# 70210350000093161507

 Copy   Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:40 pm on September 29, 2025 in DENHAM SPRINGS, LA 70726.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### ✓ Delivered
**Delivered, Front Desk/Reception/Mail Room**
DENHAM SPRINGS, LA 70726
September 29, 2025, 1:40 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**